IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STEEL WORKERS, LOCAL 10-00086,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | No. 15-5374 |
| v. | : | |
| | : | |
| **MERCK & CO., INC.,** | : | |
| Defendant. | : | |

## ORDER

This 26th day of January, 2017, upon consideration of the parties' Motions for Summary Judgment and responses thereto, it is **ORDERED** that Merck & Co., Inc.'s Motion for Summary Judgment is granted.  United Steel Workers, Local 10-00086's Motion for Summary Judgment is denied.

     /s/ Gerald Austin McHugh
United States District Judge